IT IS ORDERED as set forth below:

Date: May 17, 2018



Sage M. Sigler
U.S. Bankruptcy Court Judge

_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 17-68269-sms |
| | : | |
| DEIDRA DENISE HOOPER and | : | CHAPTER 13 |
| JESSE LEO HOOPER, JR., | : | |
| | : | JUDGE SIGLER |
| Debtors. | : | |
| --------------------------------------------------- | : | -------------------------------------------------------- |
| WILMINGTON SAVINGS FUND | : | |
| SOCIETY, FSB D/B/A CHRISTIANA | : | |
| TRUST AS OWNER TRUSTEE OF THE | : | |
| RESIDENTIAL CREDIT | : | |
| OPPORTUNITIES TRUST III, | : | |
| | : | |
| Movant, | : | |
| v. | : | |
| | : | |
| DEIDRA DENISE HOOPER, DEBTOR, | : | |
| JESSE LEO HOOPER, JR., DEBTOR, | : | |
| AND MARY IDA TOWNSON, | : | |
| CHAPTER 13 TRUSTEE, | : | |
| | : | |
| Respondents. | : | |

**NO OPPOSITION ORDER GRANTING WILMINGTON SAVINGS FUND
SOCIETY, FSB, d/b/a CHRISTIANA TRUST AS OWNER TRUSTEE OF
THE RESIDENTIAL CREDIT OPPORTUNITIES TRUST III'S MOTION
FOR RELIEF FROM AUTOMATIC STAY**

Movant Wilmington Savings Fund Society, FSB d/b/a Christiana Trust as Owner Trustee of the Residential Credit Opportunities Trust III's filed its Amended Motion for Relief from the Automatic Stay and Memorandum of Law in Support Thereof, made pursuant to 11 U.S.C. § 362, seeking to lift the stay imposed on January 19, 2018, for good cause shown. A hearing on said Motion occurred in this Court on May 15, 2018 (the "Hearing"). The Movant properly gave

notice of the Motion and the Hearing to the Debtors and the Trustee. No response or objection to the Motion was filed by the Debtors or the Trustee.

The Movant demonstrated in the Motion that: (1) the Movant filed an action in the Superior Court of Fulton County, Georgia, seeking to reform the deed records with regard to certain real property; (2) the Movant does not seek monetary relief against the Debtors in said action, but only non-monetary claims for a declaratory judgment and equitable relief; (3) said action had reached an advanced stage when the Debtors initiated this Bankruptcy Action; (4) granting the relief sought in the motion will not negatively affect the Debtors or the Debtors' other creditors; and (5) when balancing the hardship to the Movant of maintaining the stay against the hardship to the Debtors of lifting the stay, the balance favors lifting the say. There being no opposition to the relief sought by the Movant,

IT IS HEREBY ORDERED that the Motion for Relief from Automatic Stay is GRANTED. The automatic stay is terminated with respect to Movant as of the date of the Hearing. The provisions of Bankruptcy Rule 4001(a)(3) are waived.

**END OF DOCUMENT.**

PREPARED AND PRESENTED BY:

                                          **NEEL, ROBINSON & STAFFORD, LLC**

By:   */s/ Emilie O. Denmark*
        Emilie O. Denmark
        Georgia Bar No. 185110
        *Attorney for Movant*

5555 Glenridge Connector
Suite 400
Atlanta, Georgia 30342

Telephone: (404) 705-7965
edenmark@nrs.law

CONSENTED TO BY:

*/s/ K. Edward Safir*
K. Edward Safir
Georgia Bar No. 622149
Office of Mary Ida Townson, Chapter 13 Trustee
Suite 2200
191 Peachtree Street, NE
Atlanta, GA 30303-1740
(404) 525-1110