## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | **CASE NO. 17-68269-sms** |
| | : | |
| **DEIDRA DENISE HOOPER and** | : | **CHAPTER 13** |
| | : | |
| **Debtors.** | : | **JUDGE SIGLER** |
| | : | |

---------------------------------------------------------------

| | |
|---|---|
| **WILMINGTON SAVINGS FUND** | : |
| **SOCIETY, FSB, D/B/A CHRISTIANA** | : |
| **TRUST AS OWNER TRUSTEE OF THE** | : |
| **RESIDENTIAL CREDIT** | : |
| **OPPORTUNITIES TRUST III,** * | : |
| | : |
| **Movant,** | : |
| | : |
| **v.** | : |
| | : |
| **DEIDRA DENISE HOOPER, DEBTOR,** | : |
| **JESSE LEO HOOPER, JR., DEBTOR,** | : |
| **AND MARY IDA TOWNSON** | : |
| **CHAPTER 13 TRUSTEE** | : |
| | : |
| **Respondents.** | : |

FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

2025 MAY 19  PM 4:08

BY: _____
VANIA S. ALLEN
CLERK
DEPUTY CLERK

### AFFIDAVIT OF SUPPLEMENTAL FACTS IN SUPPORT OF DEBTORS' MOTION TO REOPEN AND VACATE

We, Jesse Leo Hooper, Jr. and Deidra Hooper, under penalty of perjury, submit

this affidavit in support of our Motion to Reopen Case and Vacate Order Granting Relief

from Stay (Dkt. 49), and state as follows:

1. At the time the Movant filed Dkt. 44 seeking relief from the automatic stay, we were represented by the law firm Rickman & Associates, P.C. and attorneys Robert Rickman and Daniel Saeger.

2. Despite having actual knowledge of serious defects in party standing, assignment documentation, and procedural misrepresentation, our counsel failed to oppose the Motion for Relief from Stay or notify us of our rights and options to do so.

3. We reasonably relied on our counsel to protect our interests, only to discover later that material misrepresentations had been made to the Court, and that an order (Dkt. 49) had been granted unopposed on behalf of a party (WSFS) who had never properly substituted into the bankruptcy case under Rule 7025, and who filed a Proof of Claim despite the fact that, according to Dkt. 37, WSFS was not the true party in interest. This misrepresentation led to the wrongful grant of relief from stay and ultimately our removal from the property.

4. Upon our review of the record, we discovered that Movant's own counsel, Emilie Denmark, stated in Dkt. 37 that FV-1, Inc., not WSFS, was the actual party in interest. Despite this, Denmark submitted Dkt. 44 on behalf of WSFS, omitting a prior assignment (Exhibit J) and attaching a redacted and procedurally inconsistent assignment (Exhibit K).

5. This conduct directly led to an order granting relief from stay in favor of a party who lacked standing, setting in motion a foreclosure that deprived us of our residence at 12550 Bethany Road, Alpharetta, GA.

6. We now appear pro se not by choice, but because our original counsel failed to perform basic advocacy or fulfill their duties as officers of the Court. We have since filed multiple grievances with the Georgia State Bar concerning their conduct.

7. The suppression and manipulation of evidence, paired with our own counsel's silence, resulted in the wrongful deprivation of our home, an ongoing probate petition to sell the property, and a record that remains materially misleading without this Court's intervention.

8. Affiants respectfully *defer* to the Court's discretion regarding whether the conduct described herein warrants remedial, disciplinary, or other corrective action consistent with the Court's inherent authority.

FURTHER AFFIANTS SAYETH NAUGHT.

Respectfully submitted this 8th day of May, 2025.

_____
Jesse Leo Hooper, Jr.

_____
Deidra Hooper

Subscribed and sworn before me this _19_ day of _May_____, 2025.

_____
Notary Public

My Commission Expires: __06-21-2025__



**CERTIFICATE OF SERVICE**

I hereby certify that on May 8, 2025, I served a true and correct copy of the

foregoing "Affidavit in Support of Debtors' Motion to Reopen and Vacate," together

with Exhibits 1 and 2, upon the following parties via first-class U.S. Mail, postage

prepaid, and/or via the Court's CM/ECF electronic filing system:


Neel, Robinson & Stafford, LLC
Attorneys for Wilmington Savings Fund Society, FSB and FV-1, Inc.
999 Peachtree Street NE, Suite 1000
Atlanta, GA 30309

Mary Ida Townson
Standing Chapter 13 Trustee
Suite 1600
285 Peachtree Center Ave NE
Atlanta, GA 30303

Office of the U.S. Trustee
Suite 362
75 Ted Turner Drive, SW
Atlanta, GA 30303

/s/ Jesse Leo Hooper, Jr.
Jesse Leo Hooper, Jr.
/s/ Deidra Hooper
Deidra Hooper